Dale McKinney, Father and Next Friend of Bette Arlene Cox, a Minor, Plaintiff-Appellant, v. Ronald R. Cox, Defendant-Appellee.

Gen. No. 10,168.

Third District.

September 25, 1958.

Released for publication October 14, 1958.

Craig & Craig (J. E. Gambill, of counsel) for plaintiff-appellant; Kenneth A. Green, for defendant-appellee. Opinion by PRESIDING JUSTICE ROETH. Not to be published in full.